FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General,
"BOP" FEDERAL BUREAU OF PRISONS,
R. WILEY, ADX Warden,
HALEY G. LAPPIN, BOP Director, and
JOHN DOES, FBI Agents,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter is before me *sua sponte*. The plaintiff is currently incarcerated by the Bureau of Prisons in the Administrative Maximum Penitentiary in Florence, Colorado. He is subject to special administrative measures (SAMS) which preclude him from effecting service on the defendants. Accordingly,

IT IS ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated March 13, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02214-LTB-BNB

Mohamed R. D. Al-Owhali
Reg. No. 42371-054
USP - ADXMAX
PO Box 8500
Florence, CO 81226

Ron Wiley - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Federal Bureau of Prisons - **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Snysvoll for service of process on Ron Wiley; to Harley Lappin; to Federal Bureau of Prisons; to The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 10/19/07, AMENDED COMPLAINT FILED 11/02/07, SUPPLEMENT FILED 11/28/07, SUMMONS,

WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3-13-08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk