IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General,
"BOP" FEDERAL BUREAU OF PRISONS,
R. WILEY, ADX Warden,
HALEY G. LAPPIN, BOP Director, and
JOHN DOES, FBI Agents,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Defendants' Motion to Dismiss** [Doc. #18, filed 5/12/08]. The plaintiff filed his initial Complaint on November 2, 2007, while proceeding *pro se* [Doc. #5]. The plaintiff, through counsel, filed a First Amended Complaint as a matter of course on June 30, 2008. The Defendants' Motion to Dismiss is directed to the initial Complaint, which is no longer the operative complaint. Accordingly,

IT IS ORDERED that Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE. The defendants may reassert their arguments, if applicable, in a motion directed to the First Amended Complaint.

Dated July 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge