IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

Plaintiff,

v.

MICHAEL MUKASEY, in his official capacity as U.S. Attorney General,
HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons,
HARRELL WATTS, in his official capacity as Administrator, National Inmate Appeals, Federal Bureau of Prisons,
RONALD WILEY, in his official capacity as Warden, USP Florence ADMAX, and
FEDERAL BUREAU OF INVESTIGATION,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Opposed Motion to File Second Amended Complaint** [Doc. #41, filed 08/22/2009] (the "Motion"). The Motion is GRANTED.

The plaintiff seeks leave to amend his First Amended Complaint to clarify his factual allegations. The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed. R. Civ. P. 15(a). A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of amendment. Foman v. Davis, 371 U.S. 178, 182 (1962).

It does not appear that the proposed amendment is the result of any undue delay, bad faith or dilatory motive on the part of the plaintiff, or repeated failure to cure deficiencies by amendments previously allowed. Nor does it appear that the amendment is futile or that it will

result in any undue prejudice to the opposing parties.  Foman v. Davis, 371 U.S. 178, 182 (1962).  Accordingly,

     IT IS ORDERED that the Opposed Motion to File Second Amended Complaint is GRANTED.

     IT IS FURTHER ORDERED that the Clerk of the Court is directed to accept the proposed second amended complaint for filing.

     IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss First Amended Complaint [Doc. #31] is DENIED WITHOUT PREJUDICE.  The defendants may reassert their arguments, if necessary, in response to the Second Amended Complaint.

     Dated September 14, 2009.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge