IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

Plaintiff,

v.

HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons,
FEDERAL BUREAU OF INVESTIGATION,
ERIC HOLDER, in his official capacity as U.S. Attorney General, and
BLAKES SMITH, in his official capacity as Warden, USP Florence ADMAX,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Order to Correct Caption** [docket no. 50, filed October 15, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court and all parties are directed to change the caption on all future filings to reflect BLAKE DAVIS as the Warden of the United States Penitentiary and the name Blakes Smith shall be stricken from the caption.

DATED:  October 19, 2009