**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

      Plaintiff,

v.

ERIC HOLDER, in his official capacity as U.S. Attorney General,
HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons,
BLAKE DAVIS, in his official capacity as Warden, USP Florence ADMAX,
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

___

**ORDER**
___

Upon Plaintiff's Unopposed Motion to Dismissal of Equal Protection Claim in Second Amended Complaint (Doc 45) (Doc 68 - filed March 10, 2010), it is

ORDERED that the Motion is GRANTED and the equal protection claim in the Second Amended Complaint is DISMISSED WITHOUT PREJUDICE.

      BY THE COURT:


      <u>  s/Lewis T. Babcock  </u>
      Lewis T. Babcock, Judge

DATED: March 11, 2010