**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

      Plaintiff,

v.

ERIC HOLDER, in his official capacity as U.S. Attorney General,
HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons,
BLAKE DAVIS, in his official capacity as Warden, USP Florence ADMAX,
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

---

**MINUTE ORDER**
---
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Allow Plaintiff to Listen to Oral Argument by Telephone (Doc 93 - filed January 14, 2011) is **GRANTED**.  Counsel shall inform this Court (303-844-2527) **on or before Friday, January 21, 2011** of the name and phone number (land line) of the prison staff at ADX to contact so that Plaintiff can be present by telephone on Monday, January 24, 2011.

Dated:   January 19, 2011
---