# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

    Plaintiff,

v.

ERIC HOLDER, in his official capacity as U.S. Attorney General,
HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons,
BLAKE DAVIS, in his official capacity as Warden, USP Florence ADMAX,
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Extension of Time to File Replies to Defendants' Response to Plaintiff's Motion for Reconsideration (Doc 100) and Motion for leave to File Third Amended Complaint (Doc 101) (Doc 106 - filed March 14, 2011) is **GRANTED up to and including April 15, 2011**.

Dated:  March 15, 2011