IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No.  07-cv-02214-LTB-BNB

MOHAMED RASHED D. AL-OWHALI,

      Plaintiff,

v.

ERIC HOLDER, in his official capacity as U.S. Attorney General;
HARLEY LAPPIN, in his official capacity as Director, Federal Bureau of Prisons;
BLAKE DAVIS, in his official capacity as Warden, USP Florence ADMAX; and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

_____

ORDER
_____

      This case is before me on Plaintiff's Opposed Motion to File Third Amended Complaint [Doc # 102].  On January 31, 2011, judgment was entered against Plaintiff on all claims set forth in Plaintiff's Second Amended Complaint.  The Tenth Circuit "has repeatedly and unequivocally held that, once judgment is entered, the filing of an amended complaint is not permissible until judgment is set aside or vacated pursuant to Fed. R. Civ. P. 59(e) or 60(b)."  *The Tool Box, Inc. v. Ogden City Corp.,* 419 F.3d 1084, 1087 (internal quotations and citations omitted).  By separate order, I have denied Plaintiff's motion for reconsideration of the judgment entered against him.  Accordingly, Plaintiff is precluded from filing an amended complaint in this case.

IT IS THEREFORE ORDERED Plaintiff's Opposed Motion to File Third Amended Complaint [Doc # 102] is DENIED.

Dated: May   13  , 2011, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE