**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 7, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

MOHAMED RASHED D. AL-OWHALI,

Plaintiff - Appellant

v.

ERIC H. HOLDER, in his official capacity as U.S. Attorney General;HARLEY G. LAPPIN, in his official capacity as Director, Federal Bureau of Prisons;BLAKE DAVIS, in his official capacity as Warden, USP Florence ADMAX ;FEDERAL BUREAU OF INVESTIGATION,

Defendants - Appellees.

No. 11-1274
(D.C. No. 1:07-CV-02214-LTB-BNB)

---

**JUDGMENT**

---

Before **LUCERO**, **EBEL**, and **MATHESON**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

Elisabeth A. Shumaker

ELISABETH A. SHUMAKER, Clerk